UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INNAMORATA, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL N. FREER, a single man, FIRST AMERICAN TITLE INSURANCE COMPANY, in personam, the M/V INNAMORATA, official no. 288759, her tackle, appurtenances, et, in rem,<br><br>    Defendants. | NO.  CV-11-0423-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to the Plaintiff's Notice of Voluntary Dismissal (ECF No. 10) filed pursuant to Fed.R.Civ.P. 41(a)(1), the Clerk of this court shall enter judgment of dismissal *without prejudice* of the First Amended Complaint and the claims therein. The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file. IT IS SO ORDERED.

    DATED this 1st day of June 2012.

                      s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1